AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Christopher Bryan GARZA<br>YOB: 1989 USC<br><br>_Defendant(s)_ | )<br>)<br>)  Case No. 7:19 mj 208<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 29, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952<br>21 USC § 841 | Knowingly and intentionally import into the United States from Germany approximately 250 grams of Methylenedioxymethamphetamine, a Schedule I controlled substance, and did knowingly and intentionally possess with the intent to distribute approximately 250 grams of Methylenedioxymethamphetamine, a Schedule I controlled substance. |

This criminal complaint is based on these facts:

See "Attachment A"

☑ Continued on the attached sheet.

Approved

_Complainant's signature_

Quintin R. Moses / HSI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __01/30/2019 - 9:03 a.m.__

_Judge's signature_

City and state: __McAllen, TX__        Juan F. Alanis, U.S. Magistrate Judge
_Printed name and title_

ATTACHMENT A

On January 24, 2019, Homeland Security Investigations, Newark, NJ (HSI Newark) contacted HSI, McAllen, TX (HSI McAllen) regarding a DHL package (hereinafter referred to as "the package") intercepted from an international shipment that contained a brown crystalline substance. HSI Newark advised HSI McAllen that the shipment was intercepted by Customs and Border Protection Officers (CBPOs) at the Newark Port of Entry (POE Newark). POE Newark CBPOs conducted a field analysis of the brown crystalline substance, which resulted in a presumptive positive for Methylenedioxy methamphetamine (MDMA), a Schedule I controlled substance. HSI Newark advised the package was sent from Germany and scheduled to be delivered to "Christopher B. Garza" at an apartment in McAllen, TX (hereinafter referred to as "the apartment"). On January 24, 2019, HSI Newark sent the MDMA to HSI McAllen to facilitate a controlled delivery.

On January 29, 2019, HSI McAllen Mid-Valley Strike Force conducted a controlled delivery of the MDMA at the apartment. A Mid-Valley Strike Force Task Force Officer (TFO) posing as a delivery driver contacted Christopher Bryan GARZA at the apartment. GARZA told the TFO posing as a delivery driver that he'd been awaiting the arrival of the package. GARZA signed a manifest that indicated he was in receipt of the package.

On January 29, 2019, following the delivery of the package, HSI McAllen Mid-Valley Strike Force executed a search warrant at the apartment. Upon making entry into the apartment, GARZA was observed opening the contents of the package that contained the MDMA.

A search of the residence revealed approximately two-hundred fifty (250) grams of MDMA.

During an interview of GARZA, GARZA admitted that during the first week of January 2019, a third-party associate of his asked him to receive the package at his residence (the apartment) in exchange for one thousand dollars ($1,000.00) in U.S. currency. GARZA admitted he thought the package would contain something illegal but would not specify what type of illegal items. GARZA admitted he was supposed to coordinate a subsequent delivery of the package upon his receipt of the package with the third-party that agreed to pay him $1,000.00 to accept the package. GARZA stated that the third-party that asked him to accept the package distributes MDMA. GARZA admitted that he coordinated MDMA drug sales with the third-party that asked him to receive the package, another wholesale MDMA supplier, and other third-party MDMA purchasers.

GARZA provided consent to search his cellular telephone. A review of GARZA's cellular telephone revealed text message conversations on January 29, 2019, between GARZA's telephone number and an unknown third-party regarding the arrival of a DHL package and MDMA. GARZA's cellular telephone also revealed text messages that included pictures of a brown crystalline substance packaged for sale sent from GARZA's telephone number to the third-party that requested GARZA accept the package. During an interview, GARZA stated the picture of the brown crystalline substance was MDMA and stated the picture was taken at the apartment.

Based on the facts of the investigation, probable cause exists to believe Christopher Bryan GARZA intentionally and knowingly unlawfully imported a controlled substance (Methylenedioxy methamphetamine) into the United States from Germany in violation of 21 USC § 952 – Importation of a Controlled Substance and intentionally and knowingly unlawfully possessed a controlled substance (Methylenedioxymethamphetamine) with the intent to distribute in violation 21 USC § 841 – Possession with Intent to Distribute a Controlled Substance.